# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| IN THE INTEREST OF: S.S.P., A MINOR | : | No. 355 EAL 2018 |
| | : | |
| | : | |
| PETITION OF: T.A.P., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: S.K.P., A MINOR | : | No. 356 EAL 2018 |
| | : | |
| | : | |
| PETITION OF: T.A.P., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: K.-S.K.P., A MINOR | : | No. 357 EAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: T.A.P., MOTHER | : | the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 28th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.